IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| JASON DONDI HARRINGTON | : | 1:25CR238-1 |
| DEONTE TYMEL OVERBY | : | 1:25CR238-2 |
| SHAUN TREMAEL CLARKE | : | 1:25CR238-3 |
| TAIJAWAN JAMIR CROSS | : | 1:25CR238-4 |

The Grand Jury charges:

COUNT ONE

Beginning on or about June 17, 2024, the exact dates to the Grand Jurors unknown, in the County of Guilford, in the Middle District of North Carolina, and elsewhere, JASON DONDI HARRINGTON, DEONTE TYMEL OVERBY, SHAUN TREMAEL CLARKE, and TAIJAWAN JAMIR CROSS knowingly, willfully, and unlawfully did conspire, combine, confederate, and agree with each other and divers other persons, known and unknown to the Grand Jurors, to commit offenses against the laws of the United States, that is:

To rob a postal employee, a person having lawful charge, custody and control of any money and other property of the United States, and in effecting such robbery did put the postal employee's life in jeopardy by the use of a

dangerous weapon, in violation of Title 18, United States Code, Section 2114(a).

## OBJECTS OF THE CONSPIRACY

1. It was generally the object of the conspiracy that JASON DONDI HARRINGTON, DEONTE TYMEL OVERBY, SHAUN TREMAEL CLARKE, and TAIJAWAN JAMIR CROSS agreed to rob postal employees of money and property of the United States and to convert that property to their own personal use and the use of others.

2. It was a further object of the conspiracy to conceal these acts and prevent detection.

## WAYS, MANNER, AND MEANS OF THE CONSPIRACY

3. The manner and means that JASON DONDI HARRINGTON, DEONTE TYMEL OVERBY, SHAUN TREMAEL CLARKE, and TAIJAWAN JAMIR CROSS used in the Middle District of North Carolina and elsewhere to accomplish the objects of the conspiracy included, among others, the following:

   a. The defendants would meet prior to robbery attempts.

   b. DEONTE TYMEL OVERBY would drive a blue Nissan Rogue, NC Registration RHX-3967.

4. JASON DONDI HARRINGTON, DEONTE TYMEL OVERBY, SHAUN TREMAEL CLARKE, and TAIJAWAN JAMIR CROSS, would look to rob postal employees of their "arrow key," a universal key that can service

mailboxes in and around a specific area, allowing access to all blue collection boxes, incoming and outgoing mail at apartment complexes, mobile home parks, business parks, and cluster boxes at the newer residential subdivisions.

5. Because arrow keys that are keyed for Greensboro, North Carolina would not work in any city or town within a 50-mile radius, JASON DONDI HARRINGTON, DEONTE TYMEL OVERBY, SHAUN TREMAEL CLARKE, and TAIJAWAN JAMIR CROSS would look to rob postal employees of their arrow key not only in Greensboro, but in Charlotte, the Raleigh-Durham area, and other locations to obtain mail in those areas and sell arrow keys to provide others with access to mail in those areas.

6. SHAUN TREMAEL CLARKE would seek buyers for arrow keys, with the promise that buyers would have access to mail and packages placed into receptacles.

7. To conceal their identities, JASON DONDI HARRINGTON, DEONTE TYMEL OVERBY, SHAUN TREMAEL CLARKE, and TAIJAWAN JAMIR CROSS would wear dark clothing and hoodies as well as procure ski masks.

### OVERT ACTS

8. In furtherance of the conspiracy and to effect the illegal objects thereof, JASON DONDI HARRINGTON, DEONTE TYMEL OVERBY, SHAUN TREMAEL CLARKE, and TAIJAWAN JAMIR CROSS, committed

3

Case 1:25-cr-00238-UA   Document 1   Filed 06/30/25   Page 3 of 9

the following overt acts in the Middle District of North Carolina and Western District of North Carolina:

a. From on or about June 14, 2024, up to and including June 17, 2024, SHAUN TREMAEL CLARKE used his cellular device to message unknown co-conspirator(s) regarding attempts to sell at least one postal arrow key.

b. On the morning of June 17, 2024, DEONTE TYMEL OVERBY took possession of and drove a blue Nissan Rogue, NC Registration RHX-3967, which was rented to an uninvolved individual by Enterprise Rental car.

c. On the morning of June 17, 2024, SHAUN TREMAEL CLARKE conducted several Safari searches for "townhomes near me in gboro" on his cellular device.

d. On June 17, 2024, JASON DONDI HARRINGTON approached a postal employee parked at 835 Glenwood Avenue, Greensboro, North Carolina, pointed a handgun at the postal employee, and demanded the postal employee's arrow key.

e. Later that morning on June 17, 2024, JASON DONDI HARRINGTON pointed a handgun at a postal employee at 115 East Carteret Street, Greensboro, North Carolina, demanded the postal employee's arrow key, and then grabbed the postal

4

employee's arrow key. JASON DONDI HARRINGTON then fled in the direction of S. Elm-Eugene Street, Greensboro, North Carolina.

f. After that robbery, JASON DONDI HARRINGTON, DEONTE TYMEL OVERBY, SHAUN TREMAEL CLARKE, and TAIJAWAN JAMIR CROSS, drove to Charlotte, North Carolina in a blue Nissan Rogue, NC Registration RHX-3967, driven by DEONTE TYMEL OVERBY to search for other postal employees to rob of their arrow keys.

g. That afternoon on June 17, 2024, two of the defendants robbed a postal employee at gun point in the 12200 block of Lemmond Farm Drive, Mint Hill, North Carolina of the postal employee's arrow key. One of the defendants put the gun against the postal employee's head.

h. Later in the afternoon on June 17, 2024, two of the defendants robbed a postal employee at gun point in the 5000 block of Sommerset Hill Lane, Charlotte, North Carolina of the postal employee's arrow key.

i. Following those robberies on June 17, 2024, JASON DONDI HARRINGTON, DEONTE TYMEL OVERBY, SHAUN TREMAEL CLARKE, and TAIJAWAN JAMIR CROSS, drove

5

back on Interstate 85 towards Mebane, North Carolina, before Greensboro Police Department Officers stopped the blue Nissan Rogue, NC Registration RHX-3967, in which JASON DONDI HARRINGTON, DEONTE TYMEL OVERBY, SHAUN TREMAEL CLARKE, and TAIJAWAN JAMIR CROSS were all occupants.

j. On June 17, 2024, upon being stopped by Greensboro Police Department on Interstate 85, JASON DONDI HARRINGTON ran from the blue Nissan Rogue, NC Registration RHX-3967, and dropped the three stolen postal arrow keys and a handgun.

k. On June 17, 2024, after being stopped in the blue Nissan Rogue, NC Registration RHX-3967, TAIJAWAN JAMIR CROSS, under questioning from law enforcement, told law enforcement that he was not in Charlotte, North Carolina, when in fact his cellular device was utilizing cell towers in the vicinity of both postal robberies in the Charlotte, North Carolina area around the time of those robberies.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

On or about June 17, 2024, in the County of Guilford, in the Middle District of North Carolina, JASON DONDI HARRINGTON, DEONTE TYMEL

6

OVERBY, and SHAUN TREMAEL CLARKE, attempted to rob a postal employee, a person having lawful charge, custody and control of any money and other property of the United States, and in attempting to effect such robbery did put the postal employee's life in jeopardy by the use of a dangerous weapon; in violation of Title 18, United States Code, Sections 2114(a) and 2.

## COUNT THREE

On or about June 17, 2024, in the County of Guilford, in the Middle District of North Carolina, JASON DONDI HARRINGTON, DEONTE TYMEL OVERBY, and SHAUN TREMAEL CLARKE, did rob a postal employee, a person having lawful charge, custody and control of any money and other property of the United States, and in effecting such robbery did put the postal employee's life in jeopardy by the use of a dangerous weapon; in violation of Title 18, United States Code, Sections 2114(a) and 2.

## COUNT FOUR

On or about June 17, 2024, in the County of Guilford, in the Middle District of North Carolina, JASON DONDI HARRINGTON, DEONTE TYMEL OVERBY, and SHAUN TREMAEL CLARKE, in furtherance of a crime of violence for which each may be prosecuted in a court of the United States, that is, robbery by use of a dangerous weapon of a person having lawful charge, custody and control of any money and other property of the United States, as more fully referenced in Count Three of this Indictment, did knowingly carry

7

and use, by brandishing, a firearm, that is, a Sig Sauer handgun; in violation of Title 18, United States Code, Section 924(c) and 2.

## FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of one or more of the offenses alleged in this Indictment, the defendant, JASON DONDI HARRINGTON, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), all right, title and interest in and to any firearm or ammunition involved in or used in the commission of the offenses.

3. The property subject to forfeiture pursuant to paragraph 2 above may include, but shall not be limited to, the following:

    a. A Sig Sauer handgun, P938 (S/N 52A058064).

All in accordance with Title 18, United States Code, Section 924(d), Rule 32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: June 30, 2025

RANDALL S. GALYON
Acting United States Attorney

BY: LINDSEY A. FREEMAN
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON